IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CAROL M. KAM, | § | |
| Plaintiff, | § | |
| VS. | § | Civil Action No. 3:18-CV-1447-D |
| JOHN B. PEYTON, JR., | § | |
| Defendant. | § | |

## **ORDER**

After making an independent review of the pleadings, files, and records in this case, the October 11, 2018 findings, conclusions, and recommendation of the magistrate judge, and plaintiff's October 23, 2018 objections, the court concludes that the findings and conclusions are correct. It is therefore ordered that plaintiff's objections are overruled, and the findings, conclusions, and recommendation of the magistrate judge are adopted. All pending motions are denied, and this action is dismissed without prejudice by judgment filed today.

**SO ORDERED**.

December 20, 2018.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE